■ INTERNATIONAL COMPUMEDICS CORPORATION, Appellant-Respondent, v VOLT INFORMATION SCIENCES, INC., Respondent-Appellant.—Judgment, Supreme Court, New York County, entered on January 14, 1976, unanimously affirmed for the reasons stated by Lane, J., without costs and without disbursements. Concur—Murphy, J. P., Birns, Capozzoli and Lane, JJ.

■ C. ITOH & CO. (AMERICA), INC., Respondent, v KLOCKNER, INC., Respondent, and COCKERILL-STINNES STEEL CORPORATION, Respondent-Appellant.—Judgment, Supreme Court, New York County, entered on October 27, 1976, unanimously affirmed for the reasons stated by Tyler, J., at Special Term. Petitioner-respondent and respondent-respondent shall recover of appellant one bill of $40 costs and disbursements of this appeal. (See, also, *Matter of Virgo S. S. Corp. [Marship Corp. of Monrovia]*, 26 NY2d 157; *County of Sullivan v Nezelek*, 54 AD2d 670.) Concur—Kupferman, J. P., Murphy, Lupiano and Markewich, JJ.

■ QUIMBY EQUIPMENT CO., INC., Appellant, v IORIO CONSTRUCTION CO., INC., et al., Respondents, et al., Defendants.—Order, Supreme Court, New York County, entered on November 15, 1976, unanimously affirmed on the opinion of Fraiman, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Silverman and Capozzoli, JJ.